# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:11-cv–00648-LJO-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY IN FORMA PAUPERIS STATUS SHOULD NOT BE REVOKED |
| v. | |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Brian E. Ransom is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was granted leave to proceed in forma pauperis on June 28, 2011. (ECF No. 5.)

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff became subject to section 1915(g) on January 10, 2002, and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent

1


danger of serious physical injury.[1]

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception. Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff's states that he has high cholesterol and is being fed a high cholesterol diet and medical personnel have refused to put him on medication for his elevated cholesterol, thus placing him at a high risk of a heart attack or stroke. Plaintiff's claims are speculative and fail to raise a plausible allegation that he is in imminent danger of serious physical injury. See White v. State of Colorado, 157 F.3d 1226, 1232 (10th Cir. 1998). Plaintiff is advised that his mere allegation that this blood pressure and cholesterol are elevated do not show that his medical condition was such that the conditions he was exposed to subjected him to an imminent risk of serious physical injury.

Accordingly, it is HEREBY ORDERED that within thirty days from the date of service of this order, Plaintiff shall show cause why his in forma pauperis status should not be revoked pursuant to Section 1915(g).

IT IS SO ORDERED.

Dated:   **March 14, 2012**          /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of case numbers 96cv8204 RSWL (CT) Ransom v. Doe, et al. (C.D.Cal.) (dismissed 12/6/1996 for failure to state a claim); 96cv8203 MRP (CT) Ransom v. Chief Williams, et al.. (C.D.Cal.) (dismissed 12/10/1996 for failure to state a claim); and 01cv513 JM (JAH) Ransom v. Sandoval, et al. (S.D.Cal.) (dismissed 1/10/2002 for failure to state a claim).