# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv–00648-LJO-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE<br><br>TEN-DAY DEADLINE |

      Plaintiff Brian E. Ransom is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2012, an order issued revoking Plaintiff's informa pauperis status and ordering Plaintiff to pay the filing fee in full within forty five days. More than forty five days have passed and Plaintiff has failed to submit the filing fee. Accordingly, within ten days from the date of service of this order, Plaintiff is required to show cause in writing why this action should not be dismissed for failure to pay the filing fee.

      IT IS SO ORDERED.

**Dated:**   **May 31, 2012**            **/s/ Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE