# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS<br>AND REHABILITATION, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv–00648-LJO-BAM PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 10)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE |

　　　Plaintiff Brian E. Ransom is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2012, an order issued granting Defendants' motion to revoke Plaintiff's in forma pauperis status and ordering Plaintiff to submit the full filing fee within forty five days. (ECF No. 10.) On April 18, 2012, Plaintiff filed a notice of appeal, and the Ninth Circuit found his appeal so insubstantial as to not warrant further review on May 8, 2012. (ECF Nos. 11, 13.) On May 31, 2012, an order issued requiring Plaintiff to show cause within ten days why this action should not be dismissed for his failure to pay the filing fee. (ECF No. 14.) More than ten days have passed and Plaintiff has failed to pay the filing fee or otherwise respond to the order.

　　　Accordingly, this is action is HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to obey the Court's order to pay the $350.00 filing fee. The Clerk of the Court is directed to close this case in its entirety.

　　　IT IS SO ORDERED.

**Dated:　 June 20, 2012**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1